IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

NICOLAS PALACIOS CRESPIN,
Petitioner,

v. Civil No. 3:26cv717 (DJN)

FACILITY ADMINISTRATOR / WARDEN,
FARMVILLE IMMIGRATION
DETENTION CENTER, *et al*.,
Respondents.

**ORDER**
**(Directing Response to 28 U.S.C. § 2241 Petition)**

This matter comes before the Court on Petitioner Nicolas Palacios Crespin's ("Petitioner") Corrected Emergency Petition for Writ of Habeas Corpus (ECF No. 9 ("Amended Petition")). The Court finds that the Amended Petition complies with Rule 2(c)(5) of the Rules Governing § 2254 Cases in U.S. District Courts.[1] The Amended Petition is FILED.

Upon consideration of Petitioner's Amended Petition, Respondents are DIRECTED to file a responsive pleading within seven (7) days of the issuance of this Order. In their response, Respondents shall address the Court's recent Order Granting 28 U.S.C. § 2241 Petition in *Matute Salgado v. Crawford*, Civil Case No. 3:26cv349, (E.D. Va. June 17, 2026), ECF No. 11, and set forth the reasons, if any, why material factual or legal differences between *Matute Salgado* and this Amended Petition exist. Rule 7(E) of the Local Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action

[1] Rule 1(b) of the Rules Governing § 2254 Cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

It is FURTHER ORDERED that Petitioner IS NOT to be removed or transferred from this District for any reason without this Court's permission. If Petitioner has already been removed or transferred from this District, it is ORDERED that Petitioner IS NOT to be removed or transferred again without this Court's permission.

In light of the instant Order and the directives contained therein, the Court DENIES AS MOOT Petitioner's Renewed Emergency Motion to Expedite (ECF No. 11) and Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 12).

The Clerk is DIRECTED to forward a copy of this Order to Petitioner and to the United States Attorney's Office for the Eastern District of Virginia, Richmond Division.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: August 4, 2026